


## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Blake Druzba,

          Plaintiff,

- against -

Officer William Spayde et al.,

          Defendants.

CIVIL ACTION
NO. 5:16-cv-02305

**FILED**
**JUN 21 2017**
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### [PROPOSED] ORDER

AND NOW, this 20th day of June, 2017, upon consideration of the attached Stipulation, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.

mailed to Unreps + e-mailed

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Blake Druzba,<br><br>    Plaintiff,<br><br>- against -<br><br>Officer William Spayde et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 5:16-cv-02305<br><br>HON. JEFFREY L. SCHMEHL |

FILED
'JUN 2 1 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

**STIPULATION VACATING CLERK'S ENTRY OF DEFAULT, WITHDRAWING
MOTION FOR DEFAULT JUDGMENT, AND CONSENTING TO
THE FILING OF DEFENDANTS' ANSWER**

  WHEREAS, on May 12, 2016, plaintiff Blake Druzba ("Plaintiff"), filed the above-captioned Complaint;

  WHEREAS, on April 26, 2017, the Clerk of Court entered default as to Defendants Lisa Mitchell and The Kutztown Area Patriot, The Hamburg Area Item, The Berks-Mont News, and Berks-Mont Newspapers Inc.;

  WHEREAS, The Kutztown Area Patriot, The Hamburg Area Item, and The Berks-Mont News do not exist as corporate entities;

  WHEREAS, 21st Century Media Newspaper, LLC is the publisher of The Kutztown Area Patriot, The Hamburg Area Item, and The Berks-Mont News;

  WHEREAS, on May 18, 2017, Plaintiff filed a motion for default judgment against Defendants and the Court has not yet issued a decision on Plaintiff's motion;

  WHEREAS, the Clerk's entry of default against Defendants should be vacated; and

  WHEREAS, Plaintiff has chosen to withdraw his motion for default;

-2-

NOW, THEREFORE, pursuant to Local Rule 7.4, Plaintiff, Lisa Mitchell, and 21st Century Media Newspaper, LLC, through their undersigned counsel, hereby stipulate that:

1. The Clerk's Entries of Default dated April 26, 2017 against Defendants Lisa Mitchell and The Kutztown Area Patriot, The Hamburg Area Item, The Berks-Mont News, and Berks-Mont Newspapers Inc. for failure to plead or otherwise defend is hereby vacated.

2. Plaintiff's Motion for Default Judgment (Document No. 39) is hereby withdrawn.

3. 21st Century Media Newspaper, LLC shall be substituted for and replace The Kutztown Area Patriot, The Hamburg Area Item, and The Berks-Mont News in this action.

4. Defendants Lisa Mitchell and 21st Century Media Newspaper LLC's time to move to dismiss, answer, or otherwise respond to Plaintiff's Complaint is extended until July 28 2017.

5. This Stipulation may be executed in counterparts and facsimile signatures shall have the same force and effect as originals.

**IT IS SO STIPULATED.**

Dated: June 19, 2017

/s/ *Matthew B. Weisberg*
Matthew B. Weisberg, Esq.
WEISBERG LAW
1500 Walnut Street, Suite 2000
Philadelphia, PA 19102
(484) 842-4030
mweisberg@weisberglawoffices.com

*Counsel for Plaintiff Blake Druzba*

Dated: June 19, 2017

/s/ *Davis S. Bralow*
David S. Bralow, Esq. (*pro hac vice motion forthcoming*)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2710
bralowd@pepperlaw.com

Eric S. Merin
Katherine B. Puccio
PEPPER HAMILTON LLP

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
(215) 981-4239
merine@pepperlaw.com
pucciok@pepperlaw.com

*Counsel for Lisa Mitchell and 21st Century Media Newspaper LLC*